IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOSE LUERA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 15-350-SCW |
| | ) | |
| SALVADOR A. GODINEZ, TRACEY ENGELSON, MARGARET THOMPSON, MAJOR LYERLA, SERGEANT BIRK, JOHN DOE, WEXFORD HEALTH SOURCES, INC., JOHN BALDWIN, RICK HARRINGTON, MICHAEL LEMKE, JOHN DOE #1, JOHN DOE #2, and JOHN DOE #3, | ) | |
| Defendant(s). | ) | |

## JUDGMENT IN A CIVIL CASE

Defendant Sergeant Birk was dismissed on April 3, 2014 by an Order entered by Judge Andrea R. Wood (Doc. 31).

Defendants John Doe and Wexford Health Sources, Inc., were dismissed on January 3, 2017 by an Order entered by Chief Judge Michael J. Reagan (Doc. 126).

Defendants Salvador A. Godinez, Tracey Engelson, Margaret Thompson, Rick Harrington, Michael Lemke, missed granted summary judgment on August 8, 2018 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 199).

Defendants John Doe #1, John Doe #2, and John Doe #3, were dismissed on August 8, 2018 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 197).

A jury verdict was returned in favor of Defendant Douglas Lyerla and against Plaintiff Jose Luera on November 20, 2018 (Doc. 232).

Plaintiff's Injunctive Relief claim was denied on December 13, 2018 by an Order entered by

Magistrate Judge Stephen C. Williams (Doc. 235).

THEREFORE, judgment is entered in favor of Defendants **Salvador A. Godinez, Tracey Engelson, Margaret Thompson, Major Lyerla, Sergeant Birk, Rick Harrington, Michael Lemke, John Doe #1, John Doe #2,** and **John Doe #3, ,** and against Plaintiff **Jose Luera.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 17th rd day of December, 2018

        **MARGARET M. ROBERTIE, CLERK**

        BY: _/s/ Angela Vehlewald_
           **Deputy Clerk**

Approved by  _/s/ Stephen C. Williams_
    **United States Magistrate Judge**
    **Stephen C. Williams**